# United States Court of Appeals
## For the First Circuit

No. 01-1695

UNITED STATES OF AMERICA,

Appellee,

v.

ROMULO EMILIO VASQUEZ,

Defendant, Appellant.

ERRATA SHEET

The opinion of this Court issued on February 6, 2002 is corrected as follows:

On page 8, line 7, change "and" to "but"; change "agreed" to "disagreed"

On page 8, line 9, change "reversed" to "affirmed"